| AO-10 (WP)<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. app. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Hanen, Andrew S. | 2. Court or Organization<br><br>United States District Court - Texas | 3. Date of Report<br><br>5/14/08 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial ___✓___ Annual ____ Final<br><br>5b. ___ Amended Report | 6. Reporting Period<br><br>January 1, 2007 through December 31, 2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>600 East Harrison Street, #301<br>Brownsville, Texas 78520 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[✓] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[✓] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

A. Filer's Non-Investment Income

[✓] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | |
| 2. | | $ |
| 3. | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1. 2007 | Self-employed—Attorney | |
| 2. | | |

RECEIVED 2008 MAY 15 P 5:37 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | 5/14/08 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ **NONE** (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | Inns of Court | 1/9 - 1/10 | Houston | CLE Program | Rental Car, Parking, Airfare |
| 2. | State Bar of TX | 2/28 - 3/1 | Houston | CLE Program | Hotel, Meals, Mileage |
| 3. | State Bar of TX | 9/19 - 9/20 | Houston | CLE Program | Airfare, Hotel, Rental Car |
| 4. | Tex. Ass. Def. C. | 9/20 - 9/21 | Santa Fe | CLE Program | Airfare, Hotel, Meals, Rental Car |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☑ **NONE** (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☑ **NONE** (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | 5/14/08 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1   IRA - Account #1 | E | Interest | N | T | | | | | |
| 2   -Treasury Strips | | | | | | | | | |
| 3   -Chase Retirement Money Mkt Reserves | | | | | | | | | |
| 4   IRA - Account #2 | C | Dividend | K | T | | | | | |
| 5   -CDC NVEST | | | | | Sold | 3/29 | J | A | |
| 6   -Gartmore Optimal | | | | | Sold | 3/29 | J | A | |
| 7   -Hotchkis & Wiley | | | | | Sold | 3/29 | J | A | |
| 8   -Blackrock Large Cap | | | | | Buy | 4/2 | J | | |
| 9   -Blackrock Large Cap | | | | | Sold | 9/27 | J | A | |
| 10  -Alliance Bernstein Itl | | | | | Buy | 4/2 | J | | |
| 11  -Alliance Bernstein Itl | | | | | Partial Sale | 9/27 | J | A | |
| 12  -Gartmore Emerging | | | | | Buy | 4/2 | J | | |
| 13  -Gartmore Emerging | | | | | Partial Sale | 9/27 | J | A | |
| 14  -Ivy Asset | | | | | Buy | 4/2 | J | | |
| 15  -Gartmore Global | | | | | Buy | 4/2 | J | | |
| 16  -Nationwide Opt | | | | | Buy | 4/2 | J | | |
| 17  -Nationwide Small Cap | | | | | Buy | 4/2 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  -Nationwide Small Cap | | | | | Sold | 9/27 | J | A | |
| 19  -Cohen & Steers Int | | | | | Buy | 4/2 | J | | |
| 20  -Cohen & Steers Int | | | | | Partial Sale | 9/27 | J | A | |
| 21  -Hartford Cap | | | | | Buy | 4/2 | J | | |
| 22  -Hartford Cap. | | | | | Partial Sale | 9/27 | J | A | |
| 23  -Cohen & Steers Realty | | | | | Buy | 4/2 | J | | |
| 24  -Cohen & Steers Realty | | | | | Sold | 9/27 | J | A | |
| 25  -Alpine Int | | | | | Buy | 9/28 | J | | |
| 26  -Janus Int | | | | | Buy | 9/28 | J | | |
| 27  -Janus Ad | | | | | Buy | 9/28 | J | | |
| 28  -Cohen & Steers Asian Pac | | | | | Buy | 9/28 | J | | |
| 29  -Thornburg Global | | | | | Buy | 9/28 | J | | |
| 30  -Janus Long/Short | | | | | Buy | 9/28 | J | | |
| 31  -Money Mkt Reserves | | | | | | | | | |
| 32  IRA - Account #3 | E | Dividend | M | T | | | | | |
| 33  -CDC NVEST | | | | | Sold | 4/4 | J | A | |
| 34  -Gartmore Optimal | | | | | Sold | 4/4 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001 -$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 -Hotchkis & Wiley | | | | | Sold | 4/4 | J | A | |
| 36 -Merrill Lynch Money Mkt Reserves | | | | | | | | | |
| 37 -Blackrock Large Cap | | | | | Buy | 4/3 | J | | |
| 38 -Blackrock Large Cap | | | | | Sold | 9/28 | J | A | |
| 39 -Alliance Bernstein Itl | | | | | Buy | 4/3 | J | | |
| 40 -Alliance Bernstein Itl | | | | | Partial Sale | 9/28 | J | A | |
| 41 -Nationwide Emerging | | | | | Buy | 4/3 | J | | |
| 42 -Nationwide Emerging | | | | | Partial Sale | 9/28 | J | A | |
| 43 -Ivy Asset | | | | | Buy | 4/3 | J | | |
| 44 -Gartmore Global | | | | | Buy | 4/3 | J | | |
| 45 -Nationwide Opt. | | | | | Buy | 4/3 | J | | |
| 46 -Nationwide Small Cap | | | | | Buy | 4/3 | K | | |
| 47 -Nationwide Small Cap | | | | | Sold | 9/28 | K | A | |
| 48 -Cohen & Steers Int. | | | | | Buy | 4/3 | J | | |
| 49 -Cohen & Steers Int. | | | | | Partial Sale | 9/28 | J | A | |
| 50 -Hartford Cap | | | | | Buy | 4/3 | J | | |
| 51 -Hartford Cap | | | | | Partial Sale | 9/28 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52  -Cohen & Steers Realty | | | | | Buy | 4/3 | J | | |
| 53  -Cohen & Steers Realty | | | | | Sold | 9/28 | J | A | |
| 54  -Alpine Int | | | | | Buy | 9/28 | J | | |
| 55  -Janus Int | | | | | Buy | 9/28 | J | | |
| 56  -Janus Advisor | | | | | Buy | 9/28 | J | | |
| 57  -Cohen & Steers Asia | | | | | Buy | 9/28 | J | | |
| 58  -Thornburg Global | | | | | Buy | 9/28 | J | | |
| 59  -Janus Long/Short | | | | | Buy | 9/28 | J | | |
| 60  Retirement Account #1 | E | Int./Div. | N | T | | | | | |
| 61  -Short Term Bond Fund | | | | | | | | | |
| 62  -Ginnie Mae Fund | | | | | | | | | |
| 63  -Mgt Security Fund | | | | | | | | | |
| 64  -Marshall Bond Fund | | | | | | | | | |
| 65  -Pax Balanced Fund | | | | | | | | | |
| 66  -New Frontier Bank CD | | | | | | | | | |
| 67  -Fidelity Cash Reserves | | | | | | | | | |
| 68  Brokerage Acct #1 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 69 -Travis County Municipal Bonds | C | Interest | | | Redeemed | 3/1 | L | A | |
| 70 -Houston ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 71 -Pearland ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 72 -Killeen Tex. Municipal Bonds | C | Interest | M | T | | | | | |
| 73 -Katy Tex. ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 74 -Lubbock Tx. Tax & Wtrworks Municipal Bonds | C | Interest | M | T | | | | | |
| 75 -Univ. Tex. Revs. Fin. Municipal Bonds | D | Interest | M | T | | | | | |
| 76 -Southlake Tex L/T Water Municipal Bonds | D | Interest | M | T | | | | | |
| 77 -Georgetown ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 78 -Ft. Worth Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 79 -UT Dev. Municipal Bonds | C | Interest | M | T | | | | | |
| 80 -Richardson Texas Municipal Bonds | C | Interest | M | T | | | | | |
| 81 -Allen Texas Rfdg. Municipal Bonds | C | Interest | M | T | | | | | |
| 82 -Plano ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 83 -Smith Barney Tax Free Money Market | D | Interest | M | T | | | | | |
| 84 Brokerage Acct #2 | | | | | | | | | |
| 85 -Aldine Tex ISD Municipal Bonds | D | Interest | | | Redeemed | 2/15 | L | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | 5/14/08 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 86  -Del Valle ISD Municipal Bonds | D | Interest | | | Redeemed | 2/1 | L | A | |
| 87  -Canadian Riv.  Mun. Municipal Bonds | D | Interest | M | T | | | | | |
| 88  -Houston Tex Water Municipal Bonds | D | Interest | M | T | | | | | |
| 89  -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 90  -Lower Col. Riv. Auth. Municipal Bonds | C | Interest | M | T | | | | | |
| 91  -Arlington Texas ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 92  -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 93  -University of N. Tex Municipal Bonds | B | Interest | L | T | | | | | |
| 94  -Aldine Tex ISD Zero Coupon Municipal Bonds | B | Interest | | | Redeemed | 2/15 | K | A | |
| 95  -Tex. A&M Rev. Zero Coupon Mun. Bonds | B | Interest | | | Redeemed | 7/2 | K | A | |
| 96  -Gal. Texas Pub. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |
| 97  -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 98  -Houston Tex Wtr & Swr Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 99  -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 100 -Sharyland ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 101 -Merrill Lynch CMA Tax Exempt Money Market | D | Interest | M | T | | | | | |
| 102 Texas State Bank | A | Interest | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 103 Garage - SPI Tex. Prop. (Y) | | None | | | | | | | |
| 104 Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 105 Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |
| 106 Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 107 Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 108 Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |
| 109 Northwestern Mutual EOL Life #840 | C | Dividend | K | T | | | | | |
| 110 | | | | | | | | | |
| 111 | | | | | | | | | |
| 112 | | | | | | | | | |
| 113 | | | | | | | | | |
| 114 | | | | | | | | | |
| 115 | | | | | | | | | |
| 116 | | | | | | | | | |
| 117 | | | | | | | | | |
| 118 | | | | | | | | | |
| 119 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

1.   The mortgage on the SPI Tex. Prop. listed in Section VI, Line 1 and the property itself listed on Section VII, Line 60 in 2006 and also listed in Section VII on line 103 of this year's report is no longer required to be disclosed, as per the Filing Instructions.  Since it does not produce income, it would have been deleted from Section VII as it was from Section VI, but the instructions contained in the "Quick Reference" suggest that it still be included in Section VII with a "Y" designation in Column A.

2.   Sometime in April of 2007, Nationwide Funds took over the Gartmore Fund Family.  Therefore, Gartmore Emerging (Section VII, lines 12 and 13) and Gartmore Global (Section VII, lines 15 and 44) became Nationwide Emerging and Nationwide Global.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544